CALL & JENSEN
A Professional Corporation
Ryan M. McNamara, Bar No. 223606
Michael S. Orr, Bar No. 196844
Lisa A. Wegner, Bar No. 209917
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100
rmcnamara@calljensen.com
msorr@calljensen.com
lwegner@calljensen.com

Attorneys for Defendant Del Taco Restaurants Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KITTELL,<br><br>    Plaintiff,<br><br>vs.<br><br>DEL TACO RESTAURANTS INC.<br><br>    Defendant. | Case No. 8:20-cv-01522-CJC-JDE<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES**<br><br><br>Complaint Filed: August 17, 2020<br>Trial Date:      None Set |

**TO ALL PARTIES AND TO THE HONORABLE COURT:**

Defendant Del Taco Restaurants Inc. ("Defendant") hereby notifies the court that a settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense and to further the interests of judicial economy.

Defendant, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Stipulation for Dismissal with prejudice as to all parties will be filed within sixty (60) days.

Dated: January 5, 2021

CALL & JENSEN
A Professional Corporation
Ryan M. McNamara
Michael S. Orr
Lisa A. Wegner

By: */s/ Ryan M. McNamara*
　　Ryan M. McNamara

Attorneys for Defendant Del Taco Restaurants Inc.

TAC01-19:2941508_1:1-5-21 - 2 -
NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES