CALL & JENSEN
A Professional Corporation
Ryan M. McNamara, Bar No. 223606
Michael S. Orr, Bar No. 196844
Lisa A. Wegner, Bar No. 209917
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100
rmcnamara@calljensen.com
msorr@calljensen.com
lwegner@calljensen.com

Attorneys for Defendant Del Taco Restaurants Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KITTELL,<br><br>        Plaintiff,<br><br>vs.<br><br>DEL TACO RESTAURANTS INC.<br><br>        Defendant. | Case No.  8:20-cv-01522-CJC-JDE<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>*([Proposed] Order lodged concurrently herewith)*<br><br>Complaint Filed:  August 17, 2020<br>Trial Date:       None Set |

IT IS HEREBY STIPULATED, by and between Plaintiff James Kittell and Defendant Del Taco Restaurants, Inc., by and through their respective counsel, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed in its entirety with prejudice as to all claims and causes of action. The parties to this Stipulation are to bear their respective costs and attorneys' fees as against each other.

Dated: March 17, 2021

CALL & JENSEN
A Professional Corporation
Ryan M. McNamara
Michael S. Orr
Lisa A. Wegner

By: */s/ Ryan M. McNamara*
   Ryan M. McNamara

Attorneys for Defendant Del Taco Restaurants Inc.

Dated: March 17, 2021

By: */s/ John K. Buche*
   John K. Buche (CA Bar No. 239477)
   *Local Counsel*
   BUCHE & ASSOCIATES, P.C.
   2029 Century Park E., Suite 400N
   Los Angeles, CA 90067
   Tel: (310) 593-4193
   Fax: (858) 430-2426

Dated: March 17, 2021

By: */s/ Andrew Rozynski*
   Andrew Rozynski (*Pro Hac Vice*)
   EISENBERG & BAUM, LLP
   24 Union Square East, Fourth Floor
   New York, NY 10003
   Tel: (212) 353-8700
   Fax: (212) 353-1708

Attorneys for Plaintiff James Kittell

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to both Andrew Rozynski and John K. Buche, counsel for Plaintiff James Kittell, and that I have obtained authorization from both Mr. Rozynski and Mr. Buche to affix their electronic signatures to this document.

By: */s/ Ryan M. Namara*
     Ryan M. McNamara

Attorneys for Defendant Del Taco Restaurants, Inc.