1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KITTELL,<br><br>   Plaintiff,<br><br>vs.<br><br>DEL TACO RESTAURANTS INC.<br><br>   Defendant. | Case No.  8:20-cv-01522-CJC-JDE<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| | Complaint Filed: August 17, 2020<br>Trial Date:        None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The above-referenced action be DISMISSED in its entirety with prejudice as to each and all of Plaintiff James Kittell's claims and causes of action as alleged against all Defendants.

2. The parties to this Stipulation are to bear their respective costs and attorneys' fees as against each other.

**IT IS SO ORDERED.**

Dated: March 18, 2021

Hon. Cormac J. Carney
United States District Judge